IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-cv-00523-WYD

JOSEPH L. WILLIAMS,

    Petitioner,

v.

RANDY HENDERSON, et al.,

    Respondents.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion Requesting Court Documents filed August 18, 2006, in the above-referenced matter is **DENIED**.  The Petition in this case was dismissed in May 1996, and Petitioner's appeal was dismissed years ago.  This case is now terminated, and the Court will not accept further pleadings in this case.

    Dated:  August 22, 2006